IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THOMAS JAMES ZAJAC,<br><br>Plaintiff,<br><br>v.<br><br>JANE BALKEMA, et. al,<br><br>Defendants. | **MEMORANDUM DECISION & ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBJECT TO REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-304<br><br>Judge Clark Waddoups |

Background

On April 3, 2017, pro se Plaintiff Thomas James Zajac, proceeding *in forma pauperis*, commenced a *Bivens* action in the Northern District of Illinois. (*See* ECF No. 1.) On April 18, 2017, the case was transferred to the District of Utah and assigned to Judge Dee Benson. (*See* ECF No. 7.) On November 6, 2017, the case was referred to Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B). (*See* ECF No. 17.) On November 26, 2018, Magistrate Judge Furse entered a Report and Recommendation, recommending that "the District Judge DISMISS Mr. Zajac's Complaint for failure to state a claim . . . ." (ECF No. 20 at 2.) Magistrate Judge Furse also notified the parties that they must file any objection to the Report and Recommendation within fourteen days of service thereof. (ECF No. 20 at 7-8.) On December 11, 2018, the court received Mr. Zajac's Motion for Extension of Time to Respond to the Report and Recommendation. (*See* ECF No. 21.) Mr. Zajac appears to request a 60 day extension of the deadline to file an objection to the Report and Recommendation. (*See* ECF No. 21 at 1.) On December 13, 2018, Judge Dee Benson entered an Order of Recusal, and the case was assigned

1

to the undersigned on this date. (ECF No. 22.)

## Conclusion

Plaintiff's Motion for Extension of Time to Respond to the Report and Recommendation, (ECF No. 21) is GRANTED. Plaintiff may file an objection to the Report and Recommendation on or before February 11, 2019.

DATED this 14th day of December, 2018.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge